CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, Papé Trucks, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO STRIKE SECOND CAUSE OF ACTION FROM COMPLAINT** |
| PAPÉ KENWORTH; THE PAPÉ GROUP, INC.; PAPÉ TRUCKS, INC.; PAPÉ TRUCK LEASING, INC.; PAPÉ PROPERTIES, INC.; PAPÉ MATERIAL HANDLING, INC.; PAPÉ MACHINERY HANDLING, INC.; ENGINEERED PRODUCTS, A PAPÉ COMPANY ; PAPÉ D.W., INC.; and DOES 1-100 | |
| Defendants. | |

WHEREAS plaintiff filed his complaint on September 21, 2017.

WHEREAS on December 7, 2017 the parties stipulated to dismiss, without prejudice, all defendants except defendant, Papé Trucks, Inc. an Oregon corporation.(See ECF No. 8)

WHEREAS the parties have agreed and stipulated by and through their respective undersigned counsel that the second cause of action entitled Negligence – Conscious Disregard for the Safety of Others at page 5 lines 11 through page 5 line 16 and the Prayer for Relief, section I at page 6 line 2 is stricken without prejudice by way of this stipulation.

THEREFORE plaintiff and defendant, by and through their respective undersigned counsel, hereby stipulate that the second cause of action in the Complaint entitled Negligence – Conscious Disregard for the Safety of Others at page 5 lines 11 through page 5 line 16 and the

Prayer for Relief, section I regarding punitive damages at page 6 line 2 is stricken without prejudice from the complaint by way of this stipulation.

DATED: January __, 2018

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants

DATED: January __, 2018

CUTTER LAW P.C.

By _____
C. BROOKS CUTTER
CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER.

IT IS SO ORDERED

Dated: January 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE