CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, Papé Trucks, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; AND ORDER** |
| PAPÉ KENWORTH; THE PAPÉ GROUP, INC.; PAPÉ TRUCKS, INC.; PAPÉ TRUCK LEASING, INC.; PAPÉ PROPERTIES, INC.; PAPÉ MATERIAL HANDLING, INC.; PAPÉ MACHINERY HANDLING, INC.; ENGINEERED PRODUCTS, A PAPÉ COMPANY; PAPÉ D.W., INC.; and DOES 1-100 | |
| Defendants. | |

WHEREAS plaintiff filed his complaint on September 21, 2017.

WHEREAS on December 7, 2017 the parties stipulated to dismiss, without prejudice, all defendants except defendant, Papé Trucks, Inc. an Oregon corporation.(See ECF No. 8)

WHEREAS the court held a Status (Pre-Trial) Scheduling Conference on March 8, 2018.

WHEREAS on March 9, 2018 this court issues its Pre-Trial Scheduling Order which indicated ,among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…. "

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER
17-089/PLEADING.013            - 1 -
CSP:RLM

1    WHEREAS the parties have agreed and stipulated by and through their respective
2 undersigned counsel that, due to the press of other business and due to the fact that Mr.
3 Painter's secretary is out on extended medical leave it will be extremely difficult to meet the
4 original Rule 26(a) disclosure deadline, so the parties have stipulated that the Rule 26(a)
5 disclosure shall now be due on April 23, 2018.

DATED: April __, 2018

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants

DATED: April __, 2018

CUTTER LAW P.C.

/s/ as authorizred 4/9/18

By _____
C. BROOKS CUTTER
CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER.

IT IS SO ORDERED:

Dated: April 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE