CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ  (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER DRIVER, | ) | Case No.:  2:17-CV-01968- KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT STIPULATION TO MODIFY** |
| | ) | **SCHEDULING ORDER; AND ORDER** |
| PAPÉ KENWORTH;  THE PAPÉ GROUP, | ) | |
| INC.;  PAPÉ TRUCKS, INC.;  PAPÉ | ) | |
| TRUCK LEASING, INC.;  PAPÉ | ) | |
| PROPERTIES, INC.;  PAPÉ MATERIAL | ) | |
| HANDLING, INC.;  PAPÉ MACHINERY | ) | |
| HANDLING, INC.;  ENGINEERED | ) | |
| PRODUCTS, A PAPÉ COMPANY ;  PAPÉ | ) | |
| D.W., INC.; and DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS plaintiff filed his complaint on September 21, 2017.

WHEREAS  on December 7, 2017 the parties stipulated to dismiss, without prejudice,

all defendants except defendant, Papé Trucks, Inc. an Oregon corporation.(See ECF No. 8)

WHEREAS the court held a Status (Pre-Trial) Scheduling Conference on March 8, 2018.

WHEREAS on March 9, 2018 this court issues its Pre-Trial Scheduling Order which

indicated ,among other things, "… that this order shall not be modified except by leave of court

upon a showing of good cause…. "

WHEREAS the parties have agreed and stipulated, by and through their respective

undersigned counsel, that additional time is required to complete discovery, as receipt of out of

state medical records has been slow through no fault of the parties, the parties propose the following amendment to the discovery deadlines:

| | Current schedule | Proposed schedule |
|---|---|---|
| Expert disclosure | June 17 | July 31 |
| Rebuttal expert disclosure | August 19 | August 19 |
| Discovery motion deadline | September 5 | November 7 |
| Discovery completion cut-off | September 19 | October 31 |
| Law and motion deadline | November 7 | November 7 |
| Joint Pretrial statement | December 5 | December 5 |
| Pretrial Conference | December 19 | December 19 |
| Trial | January 17, 2020 | January 17, 2020 |

DATED: April 26, 2019

ERICKSEN ARBUTHNOT

*/s/ Charles S. Painter*

By _____

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant,
PAPÉ TRUCKS, INC.

DATED: April 26, 2019

CUTTER LAW P.C.

*/s/ Celine E. Cutter*

By _____

C. BROOKS CUTTER
CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER.

**IT IS SO ORDERED:**

Dated: May 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE