CHARLES S. PAINTER (SBN 89045)
cpainter@ericksenarbuthnot.com
REBECCA L. MENENDEZ (SBN 262487)
rmenendez@ericksenarbuthnot.com
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAPÉ KENWORTH; THE PAPÉ GROUP, INC.; PAPÉ TRUCKS, INC.; PAPÉ TRUCK LEASING, INC.; PAPÉ PROPERTIES, INC.; PAPÉ MATERIAL HANDLING, INC.; PAPÉ MACHINERY HANDLING, INC.; ENGINEERED PRODUCTS, A PAPÉ COMPANY ; PAPÉ D.W., INC.; and DOES 1-100<br><br>　　　　Defendants. | Case No.: 2:17-CV-01968- KJN<br><br>**DEFENDANT PAPÉ TRUCKS, INC.'S STIPULATION & ORDER FOR LEAVE TO FILE THIRD PARTY COMPLAINT** |

　　　　1.　　WHEREAS Federal Rule of Civil Procedure, Rule 14 allows a defendant to add a Third-Party Defendant anytime by leave of court or by written consent of the adverse party, such leave shall be freely given where justice so requires.

　　　　2.　　WHEREAS Plaintiff, ROGER DRIVER filed a Complaint against Defendant PAPÉ, a copy of which is attached hereto as Exhibit "A." PAPÉ answered the complaint on December 18, 2017. Thereafter, it was determined that a third party action existed against Jomar Investments, Inc. dba New Life Transport Parts Center (hereinafter known as "New Life"). That

---

is the company whose load Plaintiff was unloading when he was injured. It will be alleged that they negligently loaded the truck, making unloading unsafe to Plaintiff and others.

    3.    WHEREAS accordingly, in order to bring all parties necessary for a full adjudication, it is necessary for PAPÉ to formally assert its Third-Party Complaint for indemnity and contribution against NEW LIFE for those damages alleged by Plaintiff, ROGER DRIVER.

    4.    WHEREAS as mentioned, NEW LIFE loaded the trailer that caused injury to Plaintiff.

    5.    WHEREAS PAPÉ has denied liability to the Plaintiff, but asserts that if held liable to Plaintiff, PAPÉ is entitled to indemnification and/or contribution for NEW LIFE'S negligence contributing to the loss alleged in the original Complaint.

    6.    WHEREAS Third-Party Plaintiff is entitled to indemnity and/or contribution from Third-Party Defendants for Third-Party Defendants' acts including:

As to NEW LIFE :

    a.    negligence in training its employees in the proper and safe loading of a trailer;

    b.    negligent supervision and oversight of its employees when loading a trailer; and

    c.    negligent loading of the subject trailer.

WHEREFORE, Defendant and Plaintiff request the Court enter an ORDER allowing PAPÉ to Add Third-Party Defendant and permit the filing of the Third-Party Complaint as attached as Exhibit B.

**IT IS SO STIPULATED:**

DATED: June 5, 2019

                                           ERICKSEN ARBUTHNOT

                                           */S/ Rebecca L. Menendez*

                      By    _____
                                           CHARLES S. PAINTER
                                           REBECCA L. MENENDEZ
                                           Attorneys for Defendant,
                                           PAPÉ TRUCKS, INC.

DATED: June 4, 2019

CUTTER LAW P.C.

By  /S/ Celine E. Cutter
C. BROOKS CUTTER
CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER.

## **ORDER**

Based on the stipulation of the parties, and on good cause appearing, the Court enters the foregoing ORDER permitting PAPÉ to Add Third-Party Defendant and permit the filing of the Third-Party Complaint.

**IT IS SO ORDERED**.

Dated: June 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE