CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO VACATE SCHEDULING ORDER; AND ORDER** |
| PAPÉ KENWORTH; THE PAPÉ GROUP, INC.; PAPÉ TRUCKS, INC.; PAPÉ TRUCK LEASING, INC.; PAPÉ PROPERTIES, INC.; PAPÉ MATERIAL HANDLING, INC.; PAPÉ MACHINERY HANDLING, INC.; ENGINEERED PRODUCTS, A PAPÉ COMPANY ; PAPÉ D.W., INC.; and DOES 1-100 | |
| Defendants. | |

WHEREAS plaintiff filed his complaint on September 21, 2017.

WHEREAS on December 7, 2017 the parties stipulated to dismiss, without prejudice, all defendants except defendant, Papé Trucks, Inc. an Oregon corporation.(See ECF No. 8).

WHEREAS the court held a Status (Pre-Trial) Scheduling Conference on March 8, 2018.

WHEREAS on March 9, 2018 this court issues its Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…. "

WHEREAS the court has previously modified the Scheduling Order to accommodate the parties' need for additional time to complete discovery.

WHEREAS on June 27, 2019, Jomar Investments, Inc. dba New Life Transport Parts Center was brought in as a third party defendant and will soon be entering an appearance.

WHEREAS the parties have put discovery on hold, such as plaintiff's deposition, so that the new party may participate once their appearance is entered.

WHEREAS the parties, including but not limited to the new third party defendant, will not be in a postion to try this case in January 2020.

WHEREAS the parties have agreed and stipulated, by and through their respective undersigned counsel, that the current scheduling order be vacated and that once the new party enters an appearance, a Status Scheduling Conference be scheduled on September 23, 2019, or as soon thereafter as is convenient for the court so that a new scheduling order may be issued to accommodate the needs of all parties.

DATED: July 11, 2019

ERICKSEN ARBUTHNOT

By */S/ Rebecca L. Menendez*

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant,
PAPÉ TRUCKS, INC.

DATED: July 11, 2019

CUTTER LAW P.C.

By */S/ Celine E. Cutter*

C. BROOKS CUTTER
CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER.

**IT IS SO ORDERED:**

Dated: July 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE