1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA  95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendant/Third Party Plaintiff,
   PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT JOMAR INVESTMENTS, INC. TO FILE A RESPONSIVE PLEADING; ORDER** |
| PAPÉ KENWORTH;  THE PAPÉ GROUP, INC.;  PAPÉ TRUCKS, INC.;  PAPÉ TRUCK LEASING, INC.;  PAPÉ PROPERTIES, INC.;  PAPÉ MATERIAL HANDLING, INC.;  PAPÉ MACHINERY HANDLING, INC.;  ENGINEERED PRODUCTS, A PAPÉ COMPANY ;  PAPÉ D.W., INC.; and DOES 1-100 | |
| Defendants. | |
| PAPE TRUCKS, INC., | |
| Third Party Plaintiff, | |
| Vs. | |
| JOMAR INVESTMENTS, INC. dba NEW LIFE TRANSPORT PARTS CENTER, and ROES 1-10, Inclusive, | |
| Third Party Defendants. | |

WHEREAS the complaint was filed on September 21, 2017.

WHEREAS Defendant filed a Third Party Complaint against Jomar Investments, Inc. dba New Life Transport Parts Center on June 27, 2019.

WHEREAS, the Third Party Complaint was served on July 19, 2019 on Jomar Investments, Inc.

WHEREAS counsel for Jomar Investments, Inc. has requested an extension of time to file responsive pleadings.

WHEREAS Local Rule 144 (a) states: Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admissions, or requests for production of documents may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court. No open extensions of time by stipulation of the parties will be recognized.

The parties do hereby agree and stipulate between and amongst themselves, through their respective counsel that counsel for Jomar Investments, Inc. may have an extension of time until September 6, 2019 to file responsive pleadings.

IT IS SO STIPULATED.

DATED: August 23, 2019

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant/Third Party Plaintiff,
PAPÉ TRUCKS, INC.

DATED: August 23, 2019

WOOD SMITH HENNING & BERMAN, LLP

By _____
CARLA N. BRAUNSTEIN
Attorneys for Third Party Defendant,
JOMAR INVESTMENTS, INC.

**IT IS SO ORDERED:**

Dated: August 27, 2019

driv.1968

---

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE