1  Carla N. Braunstein (State Bar No. 251198)
   cbraunstein@wshblaw.com
2  Anthony D. Risucci (State Bar No. 316587)
   arisucci@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
4  Concord, California 94520-7982
   Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Third Party Defendant JOMAR INVESTMENTS, INC. dba NEW LIFE TRANSPORT PARTS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>Plaintiff,<br><br>v.<br><br>PAPÉ KENWORTH; THE PAPÉ GROUP, INC.; PAPÉ TRUCKS, INC.; PAPÉ TRUCK LEASING, INC.; PAPÉ PROPERTIES, INC.; PAPÉ MATERIAL HANDLING., INC.; PAPÉ MACHINERY HANDLING, INC.; ENGINEERED PRODUCTS, A PAPÉ COMPANY; PAPÉ D.W., INC.; and DOES 1-100,<br><br>Defendants. | Case No. 2:17-CV-01968-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT JOMAR INVESTMENTS, INC. TO FILE INITIAL DISCLOSURES UNDER FRCP RULE 26**<br><br>The Hon. Kendall J. Newman<br><br>Trial Date:    Previously, 1/17/20 |
| PAPÉ TRUCKS, INC.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>JOMAR INVESTMENTS, INC. dba NEW LIFE TRANSPORT PARTS CENTER, and ROES 1-10, Inclusive,<br><br>Third Party Defendants. | |

LEGAL:05488-0833/12717521.1

-1-

JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT JOMAR INVESTMENTS, INC. TO FILE INITIAL DISCLOSURES UNDER FRCP RULE 26

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

1     WHEREAS the complaint was filed on September 21, 2017.

2     WHEREAS Defendant PAPÉ TRUCKS, INC. filed a Third Party Complaint against Jomar Investments, Inc. dba New Life Transport Parts Center on June 27, 2019.

4     WHEREAS the Third Party Complaint was served on July 19, 2019 on Jomar Investments, Inc.

6     WHEREAS counsel for Jomar Investments, Inc. has requested an extension of time to file and serve its Initial Disclosure under Federal Rule of Civil Procedure Rule 26, the deadline for which is typically 30 days after being served or joined to an action unless a different time is set by stipulation or court order. Fed. R. Civ. P. 26 (D).

10     WHEREAS Local Rule 144 (a) states: Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admissions, or requests for production of documents may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court. No open extensions of time by stipulation of the parties will be recognized.

17     The parties do hereby agree and stipulate between and amongst themselves, through their respective counsel that counsel for Jomar Investments, Inc. may have an extension of time until October 10, 2019 to file is Initial Disclosure under Federal Rule of Civil Procedure Rule 26.

DATED: September 16, 2019     CUTTER LAW, P.C.

By:   */s/ Celine Cutter*
    C. BROOKS CUTTER
    CELINE E. CUTTER
Attorneys for Plaintiff, ROGER DRIVER

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

DATED: September ___, 2019     ERICKSEN ARBUTHNOT

By: _____
    CHARLES S. PAINTER
    REBECCA L. MENENDEZ
Attorneys for Defendant/Third Party Plaintiff, PAPÉ TRUCKS, INC.

DATED: September 16, 2019     WOOD, SMITH, HENNING & BERMAN LLP

By:    */s/ Anthony D. Risucci*
    CARLA N. BRAUNSTEIN
    ANTHONY D. RISUCCI
Attorneys for Third Party Defendant JOMAR INVESTMENTS, INC. dba NEW LIFE TRANSPORT PARTS CENTER

**IT IS SO ORDERED:**

Dated: September 18, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LEGAL:05488-0833/12717521.1

-3-

JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT JOMAR INVESTMENTS, INC. TO FILE INITIAL DISCLOSURES UNDER FRCP RULE 26