# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPE TRUCKS, INC.,<br><br>    Defendant. | No. 2:17-cv-01968-KJN<br><br>ORDER |
| PAPE TRUCKS, INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>JOMAR INVESTMENTS, INC. et. al.,<br><br>    Third-Party Defendants. | |

On July 17, 2019, as a result of third-party defendant Jomar Investments, Inc. being joined into this case, the court vacated the previous scheduling order. (ECF No. 29.) Subsequently, third-party plaintiff Pape Trucks, Inc. was granted leave to amend its third-party complaint (ECF No. 40). Pape has since filed its amended third-party complaint (ECF No. 42) and Jomar has

1

filed its answer (ECF No. 43.)  All parties have filed their answers and consented to the jurisdiction of the undersigned.

Because the Court does not have an operative scheduling order, the parties are instructed to meet and confer as required by Fed R. Civ. P. 26(f) and submit to the court an amended joint status report **within 30 days** of this order.  The report is to include the information, as applicable, outlined in the court's previous order (ECF No. 3) as well as proposed dates to be set for trial and pretrial conference.

The court, upon review of the joint status report may issue a scheduling order incorporating the suggestions of counsel as contained in the joint status report, or by minute order set a status conference.

IT IS SO ORDERED

Dated:  November 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pape.1968