UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No. 2:17-cv-01968-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| PAPE TRUCKS, INC. an Oregon Corporation; | |
| Defendant. | |
| PAPE TRUCKS, INC. | |
| Third-Party Plaintiff, | |
| v. | |
| JOMAR INVESTMENTS, INC. dba NEW LIFE TRANSPORT PARTS CENTER, and ROES 1-10, Inclusive, | |
| Third-Party Defendants. | |
| ACCIDENT FUND INSURANCE COMPANY OF AMERICA, | |
| Plaintiff-in-Intervention, | |
| v. | |
| PAPE TRUCKS, INC., | |
| Defendant. | |

1   The court is in receipt of intervenor Accident Fund Insurance Company of America's
complaint and consent to magistrate judge jurisdiction.  (ECF Nos. 55, 56.)  Given the current
stage of litigation, the parties are instructed to review the dates and deadlines contained in the
current scheduling order.  (ECF No. 49.)  The parties are instructed to discuss amongst themselves
whether these dates are still workable; if the dates are no longer feasible the parties are advised to
file a joint proposal modifying the scheduling order.  If the parties cannot reach a consensus they
are instructed to file their own proposals, and proposed orders, for the court's consideration.  If the
court does not receive any modification requests from the parties within twenty-one (21) days of
this order, the court will presume the current scheduling order is agreeable to the parties.

IT IS SO ORDERED

Dated:  June 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/1968.driver