CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant and Third Party Plaintiff,
PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | **ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER** |
| vs. | Action Filed: 09/21/2017 |
| PAPÉ TRUCKS, INC. AN OREGON CORPORATION, | Trial Date: 12/07/2021 |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

WHEREAS plaintiff filed his complaint on September 21, 2017.

WHEREAS on March 9, 2018 this court issues its Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…. "

WHEREAS the court previously modified the order for good cause and issued the current operative scheduling order on June 25, 2020;

WHEREAS the parties have agreed and stipulated, by and through their respective undersigned counsel, that due to a delay in completing discovery as a result of the pandemic, the current scheduling order be modified as follows:

//

//

//

STIPULATION TO MODIFY SCHEDULING ORDER
17-089/PLEADING.022                - 1 -
CSP;RLM:kc

| Case No. | 2:17-CV-01968-KJN |
|---|---|
| Case Name: | DRIVER V. PAPE TRUCKS, INC., et al. |

| MATTER | CURRENT DATE | PROPOSED NEW DATE | **COURT'S ORDER** |
|---|---|---|---|
| LAW AND MOTION (EXCEPT FOR DISCOVERY MOTIONS) | October 6, 2021 | March 7, 2022 | **March 7, 2022** |
| EXPERT DISCLOSURES | July 6, 2021 | December 6, 2021 | **December 6, 2021** |
| EXPERT DISCLOSURE REBUTTAL | August 4, 2021 | January 4, 2022 | **January 4, 2022** |
| DISCOVERY CUT OFF | September 10, 2021 | February 7, 2022 | **February 7, 2022** |
| FINAL PRE-TRIAL CONFERNECE | October 20, 2021 | March 21, 2022 | **(none set)** |
| JURY TRIAL | December 7, 2021 | May 9, 2022 | **(none set)** |

DATED: June 30, 2021

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant,
PAPÉ TRUCKS, INC.

---

STIPULATION TO MODIFY SCHEDULING ORDER
17-089/PLEADING.022           - 2 -
CSP;RLM:kc

| | | |
|---|---|---|
| DATED: June 30, 2021 | | CUTTER LAW P.C. |
| | By | /s/ Celine E. Cutter as authorized on 6/30/2021 |
| | | C. BROOKS CUTTER |
| | | CELINE E. CUTTER |
| | | Attorneys for Plaintiff, ROGER DRIVER |
| DATED: June 29, 2021 | | GIBSON ROBB & LINDH LLP |
| | By | /s/ R. Hudson Hollister as authorized on 6/29/2021 |
| | | JOSHUA E. KIRSCH |
| | | R. HUDSON HOLLISTER |
| | | Attorneys for Plaintiff-In-Intervention, ACCIDENT FUND INSURANCE COMPANY OF AMERICA |
| DATED: June 29, 2021 | | WOOD SMITH HENNING & BERMAN, LLP |
| | By | /s/ C.G. Brandon Gnekow as authorized on 6/29/2021 |
| | | CARLA N. BRAUNSTEIN |
| | | C.G. BRANDON GNEKOW |
| | | Attorneys for Third Party Defendant JOMAR INVESTMENTS, INC. |

## **ORDER**

Pursuant to the parties' stipulation, the court finds good cause to modify the scheduling order (ECF No. 61) and adopts the amended deadlines proposed by the parties as set forth in the chart above. The undersigned declines to set final pretrial conference and trial dates at this juncture, however. Instead, the court orders the parties to submit a Joint Notice of Trial Readiness on one of the following timelines:

A. After resolution of any pending dispositive motions, the parties are to submit the Notice not later than thirty (30) days after receiving the ruling(s) on the last filed dispositive motion(s); or

B. If the parties do not intend to file dispositive motions, the parties are ordered to file the Notice not later than one hundred twenty (120) days after the close of discovery, and the notice must include statements of intent to forgo the filing of dispositive motions.

In the Joint Notice of Trial Readiness, the parties are to set forth the appropriateness of special procedures, their estimated trial length, any request for a jury, their availability for trial, and if the parties are willing to attend a settlement conference. The Notice shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments. The parties' estimate shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury. After review of the parties' Joint Notice of Trial Readiness, the court will issue an order that sets forth dates for a final pretrial conference and trial.

Dated: July 1, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

driv.1968