CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant and Third Party Plaintiff,
PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER, | Case No.: 2:17-CV-01968- KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ON EXPERT DISCLOSURE** |
| vs. | Action Filed: 09/21/2017<br>Trial Date: None Set |
| PAPÉ TRUCKS, INC. AN OREGON CORPORATION, | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

WHEREAS the parties previously agreed to disclose expert reports on December 6, 2021, after meeting and conferring, the parties agree between and amongst themselves, through their respective counsel, to amend the date to February 14, 2022 and to amend the rebuttal disclosure date to occur on March 14, 2022.  The parties further agree to extend the deadline to complete all discovery to April 14, 2022 and to extend the time to file dispositive motions to June 7, 2022

DATED:  November 19, 2021

ERICKSEN ARBUTHNOT

By  _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant and Third Party
Plaintiff, PAPÉ TRUCKS, INC.

---

STIPULATION AND [PROPOSED] ORDER ON EXPERT DISCLOSURE
17-089/PLEADING.024                                 - 1 -
CSP:xxx

DATED: November 19, 2021

          CUTTER LAW P.C.

          */s/ C. Brooks Cutter as Authorized on 11/19/2021*

By           _____
             C. BROOKS CUTTER
             CELINE CUTTER
             Attorney for Plaintiff ROGER DRIVER

DATED: November 19, 2021

          WOOD SMITH HENNING & BERMAN, LLP

          */s/ Matthew A. Williams as Authorized on 11/19/2021*

By           _____
             MATTHEW A. WILLIAMS
             Attorney for JOMAR INVESTMENTS, INC.

DATED: November 19, 2021

          GIBSON ROBB & LINDH LLP

          */s/ Joshua E. Kirsch as Authorized on 11/19/2021*

By           _____
             JOSHUA E. KIRSCH
             R. HUDSON HOLLISTER
             Attorney for Plaintiff In Intervention
             ACCIDENT FUND INSURANCE
             COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: November 22, 2021

          _____
          KENDALL J. NEWMAN
          UNITED STATES MAGISTRATE JUDGE