CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant/Third Party Plaintiff,
PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROGER DRIVER, | ) Case No.: 2:17-CV-01968- KJN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO EXTEND DEADLINES** |
| PAPÉ TRUCKS, INC. AN OREGON CORPORATION, | ) |
| Defendant. | ) |
| AND RELATED CROSS-ACTIONS | ) |

WHEREAS the court previously ordered the deadlines listed below, pursuant to a prior stipulation between the parties; whereas the parties, through their respective counsel, have recently met and conferred; whereas the parties have been working diligently to complete the needed discovery of witnesses located all over the country; whereas COVID-19 has delayed the completion of discovery; whereas the parties have full trial calendars due to the bottleneck of trials that COVID-19 has created; whereas based on the foregoing, the parties have agreed and stipulated to continue the following deadlines:

///

///

///

///

STIPULATION AND ORDER TO EXTEND DEADLINES
17-089/PLEADINGS.025               - 1 -
CSP/RLM:kf

| | Event | Current Date | New Date |
|---|---|---|---|
| 1. | Fact Discovery Cut−Off | April 14, 2022 | May 31, 2022 |
| 2. | Deadline for Initial Designation of Expert Witnesses | February 14, 2022 | August 31, 2022 |
| 3. | Deadline for Designation of Rebuttal Expert Witnesses | March 14, 2022 | September 30, 2022 |
| 4. | Expert Discovery Cut-Off | April 14, 2022 | November 15, 2022 |
| 5. | Dispositive Motion Hearing Cut−Off | June 7, 2022 | January 17, 2023 |
| 6. | Final Pre-Trial Conference | Not set | Not set |
| 7. | Jury Trial | Not Set | Not set |

**IT IS SO STIPULATED:**

DATED:  March 11, 2022

    ERICKSEN ARBUTHNOT

By  _____
    CHARLES S. PAINTER
    REBECCA L. MENENDEZ
    Attorneys for Defendant/Third Party Plaintiff
    PAPÉ TRUCKS, INC.

DATED:  March 11, 2022

    CUTTER LAW P.C.

By  */s/Celine E. Cutter as Authorized on 3/11/22*
    C. BROOKS CUTTER
    CELINE CUTTER
    Attorneys for Plaintiff ROGER DRIVER

DATED:  March 11, 2022

    WOOD SMITH HENNING & BERMAN, LLP

By  */s/ Matthew A. Williams as Authorized on 3/11/22*
    MATTHEW A. WILLIAMS
    Attorneys for Third-Party Defendant
    JOMAR INVESTMENTS, INC.

DATED: March 11, 2022

                                  GIBSON ROBB & LINDH LLP

                        By   */s/R. Hudson Hollister as Authorized on 3/11/22*
                                  JOSHUA E. KIRSCH
                                  R. HUDSON HOLLISTER
                                  Attorneys for Plaintiff In Intervention
                                  ACCIDENT FUND INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED**.

Dated: March 15, 2022

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE