1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendant/Third Party Plaintiff,
   PAPÉ TRUCKS, INC.

6

7

                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  ROGER DRIVER,                          )   Case No.:  2:17-CV-01968- KJN
                                           )
11              Plaintiff,                 )
                                           )   **STIPULATION AND [PROPOSED]**
12  vs.                                    )   **ORDER TO EXTEND DEADLINES**
                                           )
13  PAPÉ TRUCKS, INC. AN OREGON            )
    CORPORATION,                           )
14                                         )
               Defendant.                  )
15  ───────────────────────────────────   )
                                           )
16  AND RELATED CROSS-ACTIONS              )
    ───────────────────────────────────   )
17

18        WHEREAS the court previously ordered the  deadlines listed below, pursuant to a prior

19  stipulation between the parties; whereas the parties, through their respective counsel, have

20  recently met and conferred; whereas the parties have been working diligently to complete the

21  needed discovery of witnesses located all over the country; whereas COVID-19 has delayed the

22  completion of discovery; whereas the parties have full trial calendars due to the bottleneck of

23  trials  that COVID-19 has created; whereas based on the foregoing, the parties have agreed and

24  stipulated to continue the following deadlines:

25  ///

26  ///

27  ///

28  ///

| | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1. | Fact Discovery Cut−Off | May 31, 2022 | August 31,2022 |
| 2. | Deadline for Initial Designation of Expert Witnesses | August 31, 2022 | November 30, 2022 |
| 3. | Deadline for Designation of Rebuttal Expert Witnesses | September 30, 2022 | December 30, 2022 |
| 4. | Expert Discovery Cut-Off | November 15, 2022 | February 15, 2023 |
| 5. | Dispositive Motion Hearing Cut−Off | January 17, 2023 | April 17, 2023 |
| 6. | Final Pre-Trial Conference | Not set | Not set |
| 7. | Jury Trial | Not set | Not set |

**IT IS SO STIPULATED:**


DATED:  May 18, 2022

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant/Third Party Plaintiff
PAPÉ TRUCKS, INC.


DATED:  May 18, 2022

CUTTER LAW P.C.

By */s/Celine E. Cutter as Authorized on 5/18/22*
_____
C. BROOKS CUTTER
CELINE CUTTER
Attorneys for Plaintiff
ROGER DRIVER


DATED:  May 18, 2022

WOOD SMITH HENNING & BERMAN, LLP

By */s/ Matthew A. Williams as Authorized on 5/18/22*
_____
MATTHEW A. WILLIAMS
Attorneys for Third-Party Defendant
JOMAR INVESTMENTS, INC.

_____
STIPULATION AND ORDER TO EXTEND DEADLINES
17-089/PLEADINGS.026            - 2 -
CSP/RLM:kf

1

2    DATED:  May 18, 2022

3                                                          GIBSON ROBB & LINDH LLP

4                                                          /s/R. Hudson Hollister as
5                                        By              Authorized on 3/11/22
                                                          JOSHUA E. KIRSCH
6                                                          R. HUDSON HOLLISTER
                                                          Attorneys for Plaintiff In Intervention
7                                                          ACCIDENT FUND INSURANCE
                                                          COMPANY OF AMERICA

8

9          **IT IS SO ORDERED**.

10

11   Dated:  May 23, 2022

12

13                                                       _____
                                                          KENDALL J. NEWMAN
14                                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND ORDER TO EXTEND DEADLINES
17-089/PLEADINGS.026              -  3  -
CSP/RLM:kf