CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant/Third Party Plaintiff
PAPÉ TRUCKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>            Plaintiff,<br><br>vs.<br><br>PAPÉ TRUCKS, INC. AN OREGON CORPORATION,<br><br>            Defendant.<br> | Case No. 2:17-CV-01968-KJN<br><br>**STIPULATION AND [PROPOSED]  ORDER TO EXTEND DEADLINES** |
| AND RELATED CROSS-ACTIONS | |

WHEREAS the court previously ordered the  deadlines listed below, pursuant to a prior stipulation between the parties; whereas the parties, through their respective counsel, have recently met and conferred; whereas the parties have been working diligently to complete the needed discovery of witnesses located all over the country; whereas COVID-19 has delayed the completion of discovery; whereas the parties have full trial calendars due to the bottleneck of trials  that COVID-19 has created; whereas a witness for Jomar has recently  had COVID preventing the scheduling of their deposition;  whereas the only date being amended herein is the close of fact discovery; whereas based on the foregoing, the parties have agreed and stipulated to continue the following deadlines:

///

///

| | Event | Current Date | New Date |
|---|---|---|---|
| 1. | Fact Discovery Cut−Off | August 31, 2022 | October 31, 2022 |
| 2. | Deadline for Initial Designation of Expert Witnesses | November 30, 2022 | (same) |
| 3. | Deadline for Designation of Rebuttal Expert Witnesses | December 30, 2022 | (same) |
| 4. | Expert Discovery Cut-Off | February 15, 2023 | (same) |
| 5. | Dispositive Motion Hearing Cut−Off | April 17, 2023 | (same) |
| 6. | Final Pre-Trial Conference | Not set | Not set |
| 7. | Jury Trial | Not set | Not set |

**IT IS SO STIPULATED:**

DATED: August 30, 2022

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant/Third Party Plaintiff
PAPÉ TRUCKS, INC.

DATED: August 30, 2022

CUTTER LAW P.C.

By */s/Celine E. Cutter as authorized on 8/30/22*
C. BROOKS CUTTER
CELINE CUTTER
Attorneys for Plaintiff
ROGER DRIVER

DATED: August 30, 2022

WOOD SMITH HENNING & BERMAN, LLP

By */s/ Matthew A. Williams as authorized on 8/30/22*
MATTHEW A. WILLIAMS
Attorneys for Third-Party Defendant
JOMAR INVESTMENTS, INC.

---

STIPULATION AND ORDER TO EXTEND DEADLINES
17-089/PLEADINGS.027        - 2 -
CSP/RLM:kf

DATED: August 30, 2022

                                                  GIBSON ROBB & LINDH LLP

                                  By    */s/ R. Hudson Hollister as authorized on 8/30/22*
                                                  JOSHUA E. KIRSCH
                                                  R. HUDSON HOLLISTER
                                                  Attorneys for Plaintiff In Intervention
                                                  ACCIDENT FUND INSURANCE
                                                  COMPANY OF AMERICA

      **IT IS SO ORDERED**.

Dated: September 1, 2022

                                                  KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE