UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>  Plaintiff,<br><br>  v.<br><br>PAPÉ KENWORTH, ET. AL.,<br><br>  Defendant | 2:17-cv-01968-KJN<br><br>ORDER |

Pursuant to the Stipulation and Order to Extend Deadlines, the parties in this case were to submit dispositive motions by April 17, 2023.  (ECF No. 75 at 2.)  That deadline passed and no dispositive motions or motions for extension of time have been submitted.  A pretrial conference has not yet been set.

Accordingly, within thirty days of this order, the parties shall file a Motion to Set for Pretrial Conference and/or Trial, accompanied by a Certificate of Readiness that complies with the requirements set forth in Local Rule 280(b).

IT IS SO ORDERED.

Dated:  May 17, 2023

roge.1968

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE