UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DRIVER,<br><br>      Plaintiff,<br><br>   v.<br><br>PAPÉ TRUCKS, INC.,<br><br>      Defendant | 2:17-cv-01968-KJN<br><br>ORDER |

   This case contains claims that are ripe for trial.[1] (ECF No. 97.)  However, given the undersigned's upcoming retirement in February 2024, the court refrains from scheduling the pretrial conference and trial dates at this time. Instead, the parties are instructed to file an updated trial-readiness report, with proposed dates, for the incoming magistrate judge's consideration. This report shall be filed by February 15, 2024.

   Dated:  November 16, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

driv.1968

---

[1] This case is before the undersigned pursuant to 28 U.S.C. § 636(c) for all purposes, including the entry of judgment, pursuant to the consent of all parties.  (ECF No. 12.)

1